**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re: <br> SILBURN RALPH PALMER <br> Debtor(s) | Case No. 23-41916-R |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Carey D. Ebert, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/10/2023.

2) The plan was confirmed on 01/25/2024.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/06/2024.

5) The case was converted on 10/08/2024.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,182.57.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,010.00 |
| Less amount refunded to debtor | $5.00 |
| **NET RECEIPTS:** | **$5,005.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,719.13 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $375.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,094.93** |
| Attorney fees paid and disclosed by debtor: | $1,172.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AVANT/WEBBANK | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| BRIDGECREST ACCEPTANCE CORPO | Unsecured | 12,412.00 | 13,047.49 | 13,047.49 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COSERV ELECTRIC | Unsecured | NA | 83.77 | 83.77 | 0.00 | 0.00 |
| CREDIT SERVICE COMPANY | Unsecured | 1,910.12 | 1,910.12 | 1,910.12 | 0.00 | 0.00 |
| CREDIT SERVICE COMPANY | Unsecured | 953.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION MOHE | Unsecured | 13,467.00 | 13,529.37 | 13,529.37 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 174.00 | 515.18 | 515.18 | 0.00 | 0.00 |
| EXCELSIOR COLLEGE | Unsecured | 1,597.27 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CREDIT MANAGEMENT | Unsecured | 1,228.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES LLC | Secured | 29,785.41 | 29,175.59 | 27,170.30 | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES LLC | Secured | NA | 0.00 | 2,005.29 | 1,910.07 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 100.08 | 100.08 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,535.00 | 2,559.57 | 2,559.57 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 651.44 | 651.44 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 778.62 | 778.62 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER OF LEWISVILLE | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| MEDICAL CENTER OF LEWISVILLE | Unsecured | NA | 265.55 | 265.55 | 0.00 | 0.00 |
| MEDICAL CENTER OF MCKINNEY | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| METHODIST HEALTH SYSTEM BY AN | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 686.58 | 686.58 | 0.00 | 0.00 |
| NTTA | Unsecured | 900.08 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 81.00 | 218.79 | 218.79 | 0.00 | 0.00 |
| SELF INC/LEAD BANK | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| SELF INC/LEAD BANK | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| TEXAS HEALTH RESOURCES BY AMI | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| TIDES AT LEWISVILLE | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNT STUDENT ACCOUNTING | Unsecured | 3,938.85 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 986.00 | 967.94 | 967.94 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $27,170.30 | $0.00 | $0.00 |
| All Other Secured | $2,005.29 | $1,910.07 | $0.00 |
| **TOTAL SECURED:** | **$29,175.59** | **$1,910.07** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,559.57 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,559.57** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,554.93** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,094.93 |
| Disbursements to Creditors | $1,910.07 |
| **TOTAL DISBURSEMENTS :** | **$5,005.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/06/2024            By: /s/ Carey D. Ebert
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

SILBURN RALPH PALMER
14401 STAPLETON LANE
APT 1105
FORT WORTH, TX  76155

ALLMAND LAW FIRM PLLC
860 AIRPORT FREEWAY SUITE 401
HURST, TX  76054

Dated:  November 06, 2024            /s/ Carey D. Ebert
                                     Office of the Standing Chapter 13 Trustee

**UST Form 101-13-FR-S (09/01/2009)**