THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SILBURN RALPH PALMER | § | CASE NO. 23-41916-R |
| XXX-XX-0719 | § | |
| 14401 STAPLETON LANE | § | CHAPTER 7 |
| APT 1105 | § | |
| FORT WORTH, TX  76155 | § | |
| | § | |
| DEBTOR | § | |

### ORDER DISCHARGING CHAPTER 13 TRUSTEE
### IN CASE CONVERTED TO CHAPTER 7

Upon the conversion of the above-referenced case to a case under Chapter 7 and the filing of the Chapter 13 Trustee's certification that the Chapter 13 phase of this case has been fully administered and upon request to be discharged of the duties as the Chapter 13 Trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Carey D. Ebert is hereby **DISCHARGED** of all duties as the duly-appointed Chapter 13 Trustee in the above-referenced case.

Signed on 12/13/2024

*Brenda T. Rhoades*                ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE