Juan Tomasino
State Bar No. 24033395
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

| | | |
|---|---|---|
| **SILBURN RALPH PALMER** | § | |
| | § | **CASE NO. 23-41916** |
| | § | |
| **Debtor,** | § | **CHAPTER 7** |
| | § | |
| **BOCA RATON 316, LLC D/B/A** | § | |
| **TRINITY HEIGHTS** | § | |
| **Movant,** | § | |
| | § | |
| **VS.** | § | |
| **SILBURN RALPH PALMER** | § | |
| | § | |
| **Respondent.** | § | |

## DEBTOR'S UNOPPOSED RESPONSE TO MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **SILBURN RALPH PALMER** and , Respondent in the above-styled and numbered cause and in response to the Motion for Relief from Stay of Boca Raton 316, LLC d/b/a Trinity Heights ("Movant") and in regard to the collateral referenced in said Motion, Respondent respectfully shows:

1.        Respondent is unopposed to Boca Raton 316, LLC d/b/a Trinity Heights's Motion for Relief from Stay.

WHEREFORE, PREMISES CONSIDERED, Respondent prays for the relief requested and for such other and further relief as the Court may deem just and appropriate.

Dated:  December 16, 2024.

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Juan Tomasino
Juan Tomasino
State Bar No. 24033395
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 16, 2024, a true and correct

copy of the foregoing *Unopposed Response to Motion For Relief From Stay* was served on the

following parties in interest by first class mail:

**CHAPTER 7 TRUSTEE**
Michelle H. Chow
16200 Addison Road, Suite 140
Addiston, Texas 75001

**U.S. TRUSTEE**
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

**DEBTOR**
Silburn Ralph Palmer
14401 Stapleton Lane Apt. 1105
Fort Worth, TX 76155

**OPPOSING COUNSEL**
ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056

By: /s/ Juan Tomasino
Juan Tomasino
State Bar No. 24033395
ATTORNEY FOR DEBTOR